FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>Alvaro R. Barajas<br>          Defendant. | Case No.: SA 11 CR 184-PSG-1<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __instant allegations of relocating + failing to report since March 2018; prior absconding in 2017__

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___criminal history___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 10/19/21

*/s/ Karen E. Scott*
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE